for failure to prosecute in accordance with the rules.

**Bruce W. PATTON, Petitioner,**

v.

**NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, Respondent.**

No. 2008–3327.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2008.

**ORDER**

Order Vacated, see 2008 WL 5749951.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Yvonne Fannette HOWERTON, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2008–3304.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2008.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.